IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CLARK, aka Paul Butakov,<br><br>Plaintiff,<br><br>v.<br><br>BARRY FISHER, et. al.,<br><br>Defendants. | CASE NO. CV 24-09452-SSS (AGR)<br><br>**ORDER OF DISMISSAL** |

## I.
## **BACKGROUND**

Plaintiff, who is proceeding *pro se* and *in forma pauperis*, filed a Complaint alleging three federal claims and six state law claims for (1) violations of his civil rights under 42 U.S.C. §§ 1983, 1985(3), 1986; (2) conspiracy to violate his civil rights under 42 U.S.C. § 1985(3); (3) violation of RICO under 18 U.S.C. § 1962(c); (4) defamation; (5) fraud; (6) negligence; (7) breach of fiduciary duty; (8) intentional infliction of emotional distress; and (9) negligent infliction of emotional distress. (Dkt. No. 1.)

On June 17, 2025, this Court dismissed the complaint with leave to amend within 30 days after entry of the Order. The Order notified Plaintiff that if he chose to file a First Amended Complaint, it must bear the docket number assigned to

this case, be labeled "First Amended Complaint," be filed within 30 days after entry of the Order, and be complete in and of itself without reference to the prior Complaint, attachments, pleadings or other documents.  The Order warned Plaintiff that If he did not timely file a First Amended Complaint that cures the deficiencies of the complaint, this action will be dismissed.

## II.
## DISCUSSION

Plaintiff did not file a timely First Amended Complaint or request an extension of time to do so.

Accordingly, IT IS ORDERED that this action is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED: August 11, 2025

_____
SUNSHINE SUZANNE SYKES
United States District Judge