JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CLARK, aka Paul Butakov,<br><br>                          Plaintiff,<br><br>          **v.**<br><br>BARRY FISHER, et. al.,<br><br>                          Defendants. | NO. CV 24-09452-SSS (AGR)<br><br>**JUDGMENT** |

For the reasons stated in the Order of Dismissal, Judgment is entered for Defendants and this action is dismissed without prejudice.

DATED: August 11, 2025

_____
SUNSHINE SUZANNE SYKES
United States District Judge

1